UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

SOUTHERN DIVISION

| | | |
|---|---|---|
| KENNETH CASEY, | ) | No. SA CV 09-370-ODW (PLA) |
| | ) | |
| Petitioner, | ) | **JUDGMENT** |
| | ) | |
| v. | ) | |
| | ) | |
| MICHAEL MARTEL, Warden, | ) | |
| | ) | |
| Respondent. | ) | |

Pursuant to the order adopting the magistrate judge's final report and recommendation, IT IS ADJUDGED that the petition in this matter is denied and dismissed with prejudice.

DATED: October 22, 2010

HONORABLE OTIS D. WRIGHT, II
UNITED STATES DISTRICT JUDGE